# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1360**
**CAF 13-01321**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, VALENTINO, AND DEJOSEPH, JJ.

---

IN THE MATTER OF LISA A. BRETSCHER,
PETITIONER-RESPONDENT,

V                                                              ORDER

DARREN A. BRETSCHER, RESPONDENT-APPELLANT.

---

MARY R. HUMPHREY, NEW HARTFORD, FOR RESPONDENT-APPELLANT.

SAUNDERS KAHLER, L.L.P., UTICA (JAMES S. RIZZO OF COUNSEL), FOR PETITIONER-RESPONDENT.

PAUL M. DEEP, ATTORNEY FOR THE CHILDREN, UTICA.

---

Appeal from an order of the Family Court, Oneida County (Frank Steele Cook, J.H.O.), entered March 27, 2013 in a proceeding pursuant to Family Court Act article 8. The order denied the motion of respondent to modify an order of protection.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Matter of Romeo M. [Nicole R.]*, 94 AD3d 1464, 1465, *lv denied* 19 NY3d 810).

Entered: January 2, 2015                          Frances E. Cafarell
                                                  Clerk of the Court